IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MISEON LEE,<br><br>        Defendant. | **8:17CR71**<br><br>**ORDER** |

Defendant Miseon Lee appeared before the court on Thursday, November 9, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [29]. The defendant was represented by retained attorney Daniel J. Pfeffer, and the United States was represented by Assistant U.S. Attorney Aaron M. Brynildson. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current and modified terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before the undersigned Magistrate Judge in Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on November 30, 2017 at 10:00 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision and the Order Setting Conditions of Release [38].

Dated this 9th day of November, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge