IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff**, vs. MISEON LEE, **Defendant.** | **8:17CR71** **ORDER** |

Defendant Miseon Lee appeared by summons before the court on Wednesday, January 17, 2018, on an Amended Petition for Warrant or Summons for Offender Under Supervision [42]. Defendant was represented by retained counsel, Daniel J. Pfeffer, and the United States was represented by Assistant U.S. Attorney, Lecia E. Wright. Defendant was not is custody, and therefore not entitled to a preliminary examination. Defendant was released on the current terms and conditions of supervision.

The undersigned magistrate judge does find that the petition alleges probable cause and that Defendant should be held to answer for a final dispositional hearing.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Magistrate Judge Michael D. Nelson in Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on July 24, 2018, at 9:30 a.m. Defendant must be present in person.

2. Defendant is released on the current terms and conditions of supervision.

Dated this 17th day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge